IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF TENNESSEE
WESTERN DIVISION

---

DELOIS EDWARDS, INDIVIDUALLY
AND AS TRUSTEE OF THE DELOIS
EDWARDS REVOCABLE LIVING TRUST, and
HOSANNA'S HOME HEALTH AGENCY,
INC.

PLAINTIFF

vs.     NO: 2:10-cv-02573-BBD-cgc

STATE FARM FIRE & CASUALTY COMPANY and
KISER'S FLOOR FASHIONS, INC, MIKE KISER,
MICHAEL CASHMIRE, ELMICKO DUNCAN, and
DON DOYLE, CCA GLOBAL PARTNERS, INC.

DEFENDANTS

---

### CONSENT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

---

COMES NOW the Plaintiff(s) and Don Doyle and Stipulate that Plaintiff's claims in this matter against Don Doyle should be dismissed against him without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/Drayton D. Berkley
Arthur E. Horne III, Esq (BPR 20475)
Murray E. Wells, Esq (BPR 21749)
Horne & Wells, PLLC
JULIAN T. BOLTON, ESQ (BPR 15378)
DRAYTON D. BERKLEY, ESQ. (BPR022601)

**Attorneys for Plaintiff**
The Businessmen's Club
81 Monroe Avenue, Suite 400
Memphis, Tennessee 38103

/s/ Leland McNabb
Leland McNabb, Esq.
McNabb Bragorgos
81 Monroe Avenue
Memphis, TN 38103
*Attorney for Don Doyle*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the foregoing has been served upon counsel for the Defendants follows:

George T. Lewis, III
Joann Coston-Holloway
Baker, Donelson, Bearman,
Caldwell & Berkowitz
165 Madison Avenue
First Tennessee Building
Memphis, Tennessee 38103
*Counsel for Defendants State Farm Fire & Casualty Company, Mike Casimir, and Elmickyo Duncan*


Mr. Jay M. Atkins, Esq.
Lietner, Williams, Dooley, and Napolitan PLLC
1202 Office Park Drive Ste B
Oxford, Mississippi 38655
*Attorney for Defendant Kiser Floor Fashions, Inc. and Mike Kiser*


R. Alan Pritchard, Esq.
Law Offices of R. Alan Pritchard PLLC
1019 Audubon Drive
Memphis, TN 38117
**Attorney for Defendant CCA Global Partners, Inc.**

This the 17th day of June 2011.

                                              /s/ Drayton D. Berkley
                                              **DRAYTON D. BERKLEY, ESQ.**