IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF TENNESSEE
WESTERN DIVISION

_____

DELOIS EDWARDS, INDIVIDUALLY
AND AS TRUSTEE OF THE DELOIS
EDWARDS REVOCABLE LIVING TRUST, and
HOSANNA'S HOME HEALTH AGENCY,
INC.

PLAINTIFF

vs.                                            NO:  2:10-cv-02573-BBD-cgc


STATE FARM FIRE & CASUALTY COMPANY and
KISER'S FLOOR FASHIONS, INC, MIKE KISER,
MICHAEL CASIMIR, ELMICKYO DUNCAN, and
DON DOYLE, CCA GLOBAL PARTNERS, INC.


DEFENDANTS


_____

**CONSENT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

_____

COMES NOW the Plaintiff(s) and State Farm Fire & Casualty Company, Michael Casimir, and Elmickyo Duncan and Stipulate that Plaintiff's claims in this matter against State Farm Fire & Casualty Company, Michael Casimir, and Elmickyo Duncan should be dismissed against them without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/Drayton D. Berkley
Arthur e. horne III, Esq (BPR 20475)
Murray e. Wells , Esq  (BPR 21749)
Horne & Wells, PLLC

**JULIAN T. BOLTON, ESQ** (BPR 15378)
**DRAYTON D. BERKLEY, ESQ. (BPR022601)**
**Attorneys  for Plaintiff**
The Businessmen's Club
81 Monroe Avenue, Suite 400
Memphis, Tennessee 38103

/s/ George T. Lewis, III
 George T. Lewis, III
Joann Coston-Holloway
Baker, Donelson, Bearman,
Caldwell & Berkowitz
165 Madison Avenue
First Tennessee Building
Memphis, Tennessee 38103
*Counsel for Defendants State Farm Fire &*
Casualty Company, Mike Casimir, and
Elmickyo Duncan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the foregoing has been served upon

counsel for the Defendants follows:

George T. Lewis, III
Joann Coston-Holloway
Baker, Donelson, Bearman,
Caldwell & Berkowitz
165 Madison Avenue
First Tennessee Building
Memphis, Tennessee 38103
*Counsel for Defendants State Farm Fire &*
*Casualty Company, Mike Casimir, and Elmickyo*
*Duncan*

This the 10th  day of October 2011.

/s/ Drayton D. Berkley
**DRAYTON D. BERKLEY, ESQ.**