UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**DELORIS EDWARDS, et al.,**

    **Plaintiffs,**

V.                                                                                                  NO. 10-2573-Ma

**STATE FARM FIRE & CASUALTY CO.,**
**et al.,**

    **Defendants..**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the following orders:

    Order (D.E. 38), docketed February 11, 2011, dismissing third party complaint without prejudice;

    Order (D.E. 68), docketed June 3, 2011, granting defendants Kiser's Floor Fashions, Inc. and Mike Kiser's motion to dismiss;

    Order (D.E. 69), docketed June 13, 2011, granting defendant CCA Global Partners, Inc.'s motion to dismiss;

    Consent Stipulation of Dismissal Without Prejudice as to defendant Don Doyle (D.E. 70), docketed June 17, 2011;

    Consent Stipulation of Dismissal Without Prejudice as to defendants State Farm Fire & Casualty Co., Michael Casimir and Elmickyo Duncan (D.E. 72), docketed October 10, 2011.

**APPROVED:**


S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


January 31, 2012                                          THOMAS M. GOULD
_____                              _____
DATE                                                                      CLERK

                                                                                     S/ *Jean Lee*
                                                                                     _____
                                                                                     (By) DEPUTY CLERK